UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY M. RUNNING<br><br>    Plaintiff,<br><br>    vs.,<br><br>KILOLO KIJAKAZI,<br>Comissioner Social Security,<br>Defendant. | Civil No. 3:20-cv-00088-AC<br><br>ORDER TO PAY<br>EAJA FEES |

ACOSTA, Magistrate Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after consideration of Defendant's stipulation, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $ 12, 945. 70 is awarded to Plaintiff in care of his attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $10.00 for postage expenses, so that the total amount awarded equals $12, 955.70. Any check issued for EAJA fees or for expenses shall be sent to Plaintiff in care of his attorney, Nancy J. Meserow, at her

office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this 26th day of October, 2021.

_____
John V. Acosta
United States Magistrate Judge